IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE ATKA ARI, | Case No. 2:26-cv-02161-WLH-ACCV |
| Petitioner, | JUDGMENT |
| v. | |
| LAVELLE PARKER, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

It is **ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice to Petitioner's ability to file a separate civil rights action.

DATED: June 1, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

JS-6